CEM

FILED

07 OCT -1 AM 10:54

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, | Magistrate Docket No. '07 MJ 2350 |
| v. | COMPLAINT FOR VIOLATION OF: |
| **Jose Luis ROMERO-Anton,** Defendant | Title 8, U.S.C., Section 1326 Deported Alien Found in the United States |

The undersigned complainant, being duly sworn, states:

On or about **September 27, 2007** within the Southern District of California, defendant, **Jose Luis ROMERO-Anton,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Terri L. Dimolios
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 1st DAY OF OCTOBER, 2007

Ruben B. Brooks
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
**Jose Luis ROMERO-Anton**

**PROBABLE CAUSE STATEMENT**

I declare under the penalty of perjury that the following statement is true and correct:

On September 27, 2007 Senior Patrol Agent A. Furet was conducting assigned duties in the area of "Drucker's Pad". This area is approximately five miles east of the port of entry at San Ysidro, California and approximately 50 yards north of the international boundary with Mexico. This area is routinely used by undocumented aliens attempting to further their illegal entry into the United States.

At approximately 4:35 P.M. Agent Furet was advised by Agent E. Juarez, who was operating the video surveillance system, of a group of 3 individuals he observed climbing over the International Boundary Fence making an illegal entry into the United States. Agent Furet responded and after a search of the area found the defendant, Jose Luis ROMERO-Anton, and two others attempting to conceal themselves in a drainage tube. Agent Furet identified himself as a Border Patrol Agent and queried the group as to their immigration status. All three, including the defendant, admit to being citizens of Mexico illegally present in the United States. All were taken into custody and transported to Imperial Beach Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **March 26, 1999** through **Calexico, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his rights as per the Miranda Warning. The defendant understood his rights and was willing to be interviewed without representation. The defendant admits that he is a citizen and national of Mexico illegally present in the United States. The defendant admits that his destination was Los Angeles.

**Executed on September 29, 2007 at 10:30 A.M.**

Raul Castorena
Senior Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of **1** page(s), I find probable cause to believe that the defendant named in this probable cause statement committed the offense on **September 27, 2007,** in violation of Title **8**, United States Code, Section **1326**.

Ruben B. Brooks
United States Magistrate Judge

9/29/2007 at 12:15 p.m.
Date/Time