FILED

07 OCT 31 PM 4:46

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. JOSE LUIS ROMERO-ANTON, Defendant. | Criminal Case No. '07 CR 2972 BEN |
| | I N D I C T M E N T |
| | Title 8, U.S.C., Secs. 1326(a) and (b) - Deported Alien Found in the United States |

The grand jury charges:

On or about September 27, 2007, within the Southern District of California, defendant JOSE LUIS ROMERO-ANTON, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

//

//

ABC:nlv:San Diego
10/30/07

It is further alleged that defendant JOSE LUIS ROMERO-ANTON was removed from the United States subsequent to November 15, 1995.

DATED: October 31, 2007.

A TRUE BILL:

Foreperson

KAREN P. HEWITT
United States Attorney

By:
AARON B. CLARK
Assistant U.S. Attorney